IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **KENNETH MERRITT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 23-cv-02453-SHM-tmp |
| | ) | |
| | ) | |
| **WIPRO LIMITED,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S REQUEST FOR E-FILE ACCESS AND DENYING PLAINTIFF'S REQUEST TO USE CELLULAR DEVICE**

Before the court is *pro se* plaintiff Kenneth Merritt's "Motion for Permission to Have Access to E-File and Maintain Possession of Cellular Device," filed on February 13, 2025. (ECF No. 61.)

First, Merritt requests access to the court's e-file system. Under Rule 3.3 of the Western District of Tennessee's Electronic Case Filing Policies and Procedures Manual, *pro se* plaintiffs are generally required to file papers via personal delivery to the Clerk's office or via mail. In support of his request, Merritt explains that he must travel approximately thirty miles each way to file documents in person. The undersigned finds that Merritt has shown good cause, and GRANTS Merritt's motion as to his request for e-file access. The

undersigned hereby ORDERS the Clerk to grant Merritt e-file access in the above captioned case only.

Second, Merritt requests that the court grant him permission to use his cellular device while he is in the Odell Horton Federal Building. Local Rule 83.2(a) generally prohibits the use of electronic devices beyond security checkpoints, unless an individual is otherwise excepted. L.R. 83.2(a)(2). *Pro se* litigants may only use their device if granted permission by court order. L.R. 83.2(b)(1). In support of his request, Merritt explains that access to his phone will improve his ability to access legal documents, manage communications, and respond during court appearances. (ECF No. 61 at PageID 577.) The undersigned finds these grounds to be an insufficient basis for Merritt to have access to his phone, and his motion is therefore DENIED as to that request.

IT IS SO ORDERED.

                                        s/Tu M. Pham
                                        TU M. PHAM
                                        Chief United States Magistrate Judge

                                        February 19, 2025
                                        Date